UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAVIKUMAR ARVINDBHAI PATEL and ARPITABEN RAVIKUMAR PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY RENAUD, Acting Director, U.S. Citizenship and Immigration, Services, and MONTH WILKINSON, Acting U.S. Attorney General,<br><br>Defendants. | No. CV 20-7039 CBM (PJWx)<br><br>**ORDER  [JS-6]**<br><br>Honorable Consuelo B. Marshall<br>United States District Judge |

The Court, having received Plaintiffs Ravikumar Arvindbhai Patel and Arpitaben Ravikumar Patel ("Plaintiffs") Notice of Voluntary Dismissal, hereby **DISMISSES** the above-captioned case without prejudice. All pending schedules are stricken.

DATED: MARCH 11, 2021

_____
HON. CONSUELO B. MARSHALL
United States District Judge

Submitted by:

LAUREN MCCLURE
KRIEZELMAN BURTON AND ASSOCIATES LLC

 /s/ *Lauren McClure*
LAUREN McCLURE
Attorneys for Plaintiffs